JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 EAST SHERMAN, ROOM 192
POCATELLO, IDAHO   83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

JUL 25 2023

Rcvd_____ Filed____ Time 3:30pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN R. VAN DYKE,<br><br>Defendant. | Case No. CR-23-00193E-BLW<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(8)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges that:

COUNT ONE

**Possession of Firearm by a Prohibited Person**
**18 U.S.C. §§ 922(g)(8) and 924(a)(8)**

On or about May 24, 2023, in the State and District of Idaho, the Defendant, RYAN R. VAN DYKE, knowing he was subject to a court order issued October 19, 2022 in the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bingham, Case No. CR06-5992, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or

Indictment - 1

threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit:

A Smith & Wesson, .38 special, Serial Number BPY3776, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(8).

## FORFEITURE ALLEGATIONS

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Count One of this Indictment, the Defendant, RYAN R. VAN DYKE, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. A Smith & Wesson, .38 special, Serial Number BPY3776.

    b. Associated ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the Government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The Government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

Indictment - 2

    d.  Has been substantially diminished in value; or

    e.  Has been commingled with other property which cannot be subdivided without difficulty.

**DATED** this 25th day of July, 2023.

                  A TRUE BILL:

                  _/s/ *[signed on reverse]*_____
                  FOREPERSON

JOSHUA D. HURWIT
United States Attorney
by:

_____
JACK B. HAYCOCK
Assistant United States Attorney

Indictment - 3