UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RYAN R. VAN DYKE,<br><br>　　　Defendant. | Case No. 4:23-cr-00193-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On October 10, 2023, Defendant Van Dyke filed a Motion to Dismiss (Dkt. 27), and the Court scheduled a motion hearing for January 9, 2024. Dkt. 31. The day before the hearing, the Court was advised that the defendant had not been properly transported to appear at the hearing. Accordingly, the Court rescheduled the hearing for January 30, 2024. Dkt. 39. With additional time before the hearing, the Court invited the parties to file supplemental briefs by February 24, 2024, addressing a particular legal issue.

On January 20, 2024, counsel for the Government sought clarification regarding the briefing deadline. The law clerk advised that the Court had intended to set the deadline for *January* 24, not *February* 24. Due to that communication error, the Court agreed to extend the briefing deadline from January 24, 2024, to February 7, 2024.

MEMORANDUM DECISION & ORDER - 1

On the afternoon of January 29, 2024—the day before the scheduled motion hearing—the defendant filed a supplemental brief with the Court asserting arguments never before raised. Dkt. 40. The Government immediately objected to the new arguments, explaining that it would need additional time to file a response brief. During the hearing on January 30, 2024, the Court agreed with the Government and noted that the existing briefing deadline of February 7, 2024, would need to be modified to allow the Government a fair opportunity to respond to the new arguments. The Court advised that the law clerk would confirm a new briefing deadline with counsel following the hearing.

Immediately following the hearing on January 30, 2024, the law clerk discussed the briefing deadlines with counsel. Counsel agreed to an extension of the existing briefing deadline (February 7, 2024) under the following schedule: the Government's supplemental brief would be due February 14, 2024, and the defendant's supplemental brief would be due one week later, on February 21, 2024. The Government timely filed its supplemental brief on Wednesday, February 14, 2024. The defendant's supplemental brief is due February 21, 2024.

**IT IS ORDERED that** Defendant's Motion to Strike (Dkt. 45) is **DENIED**.

DATED: **February 16, 2024**

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION & ORDER - 2